FILED

03/03/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0726

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0726

_____

IN THE MATTER OF:

H.L.B.,                                               O R D E R

     A Youth in Need of Care.

_____

Upon consideration of Appellant Mother's motion for extension of time and good cause appearing,

IT IS HEREBY ORDERED that Appellant Mother is granted an extension of time to and including April 24, 2023, within which to prepare, file, and serve her opening brief on appeal.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 3 2023